# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeffrey Pelzer ,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                               3:09CV467

FNU Cherry, et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2009 Order.

                                                    Signed: December 1, 2009

Frank G. Johns, Clerk
United States District Court